STATE OF LOUISIANA                              NO. 22-K-430

VERSUS                                          FIFTH CIRCUIT

SHAWN BRISCOE AND LANCE MCINTYRE                COURT OF APPEAL

                                                STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Mary E. Legnon
Interim Chief Deputy, Clerk of Court

_____September 16, 2022_____

Mary E. Legnon
Chief Deputy Clerk

**IN RE** STATE OF LOUSIANA

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD L. FORET, DIVISION "H", NUMBER 16-5524

---

Panel composed of Judges Marc E. Johnson,
Stephen J. Windhorst, and John J. Molaison, Jr.

## WRIT GRANTED; REQUEST FOR STAY DENIED AS MOOT

Relator, the State of Louisiana,[1] seeks review of the trial court's September 14, 2022 ruling that denied the parties' oral joint motion for continuance of the trial scheduled for September 19, 2022. The State intends to pursue additional DNA testing, and a *Daubert* hearing has been set. The State asserts that the trial should be continued out of fairness to defense counsel and in the interest of ensuring that the defendants' constitutional rights to a fair trial are honored.

The decision to grant or deny a motion for continuance rests within the sound discretion of the trial judge, and a reviewing court will not disturb such a determination absent a clear abuse of discretion. *State v. Johnson*, 96-950 (La. App. 4 Cir. 8/20/97), 706 So.2d 468, 478-79. A showing of specific prejudice is generally required to demonstrate that the trial court erred in denying the continuance. *Id*.

On the showing made, we find that the trial court abused its discretion in denying the joint motion to continue trial under the circumstances presented.[2] In the writ application, the State admits that its late disclosure of DNA evidence—coupled with the trial court's denial of the motion *in limine* filed by Defendants, Shawn Briscoe and Land McIntyre, to exclude that evidence—will prejudice Defendants from fully preparing for trial, if the continuance is not granted. While we acknowledge the trial judge's vast discretion controlling his docket, we agree with the State and find that a denial of the continuance of the September 19, 2022 trial date would prejudice Defendants.

---

[1] Although the State is the relator in this matter, the attorneys for the defendants, Shawn Briscoe and Lance McIntyre, also signed the instant writ application.

[2] A transcript of the September 14, 2022 hearing was not available for the panel's review.

Accordingly, we grant the writ application and reverse the trial court's ruling that denied the joint motion to continue the trial scheduled for September 19, 2022, and direct the trial court to continue the matter to a later date convenient to the court and the parties. The request for stay is denied as moot.

Gretna, Louisiana, this 16th day of September, 2022.

**MEJ**
**SJW**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/16/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-K-430**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald L. Foret (DISTRICT JUDGE)
Thomas J. Butler (Relator)          Anna L. Friedberg (Respondent)
                                    Darren A. Allemand (Relator)

### MAILED

Anthony J. Angelette, Jr. (Respondent)      Honorable Paul D. Connick, Jr. (Relator)
Attorney at Law                             District Attorney
401 Whitney Avenue                          Twenty-Fourth Judicial District
Suite 406                                   200 Derbigny Street
Gretna, LA 70053                            Gretna, LA 70053